IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-361 (RGA) ) |
| WIDEOPENWEST, INC., WIDEOPENWEST NETWORKS, INC., WIDEOPENWEST FINANCE, LLC, WIDEOPENWEST GEORGIA, LLC, KNOLOGY OF ALABAMA, INC., KNOLOGY OF FLORIDA, LLC, KNOLOGY OF GEORGIA, INC., KNOLOGY OF SOUTH CAROLINA, INC., KNOLOGY OF TENNESSEE, INC., KNOLOGY OF KANSAS, INC., ANNE ARUNDEL BROADBAND, LLC | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL**

In an effort to streamline the proceedings for trial and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a Second Amended Complaint on July 1, 2019 alleging, *inter alia*, that Defendants infringe U.S. Patent No. 7,327,728 ("the '728 patent") and U.S. Patent 6,330,224 ("the '224 patent"). D.I. 97.

2. The parties agree that Plaintiff's claims for infringement of the asserted claims of the '728 patent and the '224 patent against Defendants should be dismissed with prejudice and that Defendants' defenses and claims pertaining to the '728 patent and the '224 patent should be dismissed without prejudice.

3. The parties agree that each party will bear its own fees and costs with respect to claims and defenses pertaining to the '728 patent and the '224 patent.

4. All other claims and defenses in this case are not impacted by this stipulation.

| POLSINELLI PC | ASHBY & GEDDES |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Andrew C. Mayo* |
| Stephen J. Kraftschik (#5623) | Steven J. Balick (#2114) |
| Christina B. Vavala (#6135) | Andrew C. Mayo (#5207) |
| 222 Delaware Avenue, Suite 1101 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 252-0920 | Wilmington, DE 19899 |
| skraftschik@polsinelli.com | (302) 654-1888 |
| cvavala@polsinelli.com | sbalick@ashbygeddes.com |
| | amayo@ashbygeddes.com |

*Attorneys for Plaintiff Sprint Communications Company L.P.*

*Attorneys for Defendants WideOpenWest, Inc., WideOpenWest Networks, Inc., WideOpenWest Finance, LLC, WideOpenWest Georgia, LLC, Knology of Alabama, Inc., Knology of Florida, LLC, Knology of Georgia, Inc., Knology of South Carolina, Inc., Knology of Tennessee, Inc., Knology of Kansas, Inc., Anne Arundel Broadband, LLC*

July 21, 2020

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge