

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801    (302) 252-0920

April 19, 2023

Stephen J. Kraftschik
(302) 252-0926
(302) 397-2659 (Fax)
skraftschik@polsinelli.com

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   *Sprint Communications LLC v. WideOpenWest, Inc., et al.*, C.A. 18-361 (RGA)

Dear Judge Andrews:

I write on behalf of the parties in the above-captioned case to advise the Court that the parties executed a binding and enforceable settlement term sheet this morning that will resolve the case. The parties are finalizing the final settlement papers and will file a dismissal as soon as possible. The parties respectfully request that the Court cancel and remove from the Court's calendar both the pretrial conference scheduled for today at 2:00 p.m. and the trial scheduled to begin on April 24, 2023.

Respectfully,

*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

SJK:ncf
cc: All Counsel of Record (via e-mail)

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California
89189281.3